1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  DELBERT RONDELL GARDNER,              No. 2:19-cv-0318 CKD P

10              Petitioner,

11        v.                             ORDER

12  STATE OF CALIFORNIA, et al.,

13              Respondents.

14

15        Petitioner, a state prisoner proceeding pro se, has filed what appears to be an application

16  for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, the application is submitted

17  on a form used in California courts, not this court.

18        Accordingly, IT IS HEREBY ORDERED that:

19        1. The Clerk of the Court send petitioner the court's form-application for a writ of habeas

20  corpus by persons in California custody.

21        2. Petitioner is granted 30 days within which to complete and return the form to the court.

22  Failure to complete and return the form within 30 days will result in dismissal.

23  Dated: February 26, 2019

24                                    _____
                                      CAROLYN K. DELANEY
25                                    UNITED STATES MAGISTRATE JUDGE

26

27  1/bh
    gard0318.108
28